CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 27 2006

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **WILMA DIANE TAYLOR,** | )
| Plaintiff, | ) Case No. 1:05CV00078
| v. | ) **JUDGMENT**
| **COMMISSIONER OF SOCIAL SECURITY,** | ) By: James P. Jones
| | ) Chief United States District Judge
| Defendant. | )

It appearing that no objections have been timely filed to the Report filed February 28, 2006, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: March 27, 2006

/s/ James P. Jones
Chief United States District Judge